Form osubpo

## UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re:     Jerry P Whitley
            Debtor

Case No.: 4:17–bk–16183
Chapter: 11
Judge: Richard D. Taylor

### ORDER TO SUBMIT PROPOSED ORDER

This case is before the Court upon a sua sponte review of the case file. On 10/15/17, Motion to extend time to file schedules or new case deficiencies, excluding matrix filed on behalf of Debtor, a(n) Application to employ The Mitchell Law Firm, L.P. as Attorney For Debtor.

Accordingly, the above attorney is hereby ordered to submit a proposed order for consideration by the Court within fourteen (14) days of the date of this Order.

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DENIAL OF THE RELIEF SOUGHT OR AN ORDER TO SHOW CAUSE HEARING BEING SET TO DETERMINE WHETHER SANCTIONS SHOULD BE IMPOSED. RESPONSIBLE COUNSEL WILL BE REQUIRED TO PERSONALLY APPEAR AT THE SHOW CAUSE HEARING.

IT IS SO ORDERED.

Dated: 12/7/17

*/s/ Richard D. Taylor*

UNITED STATES BANKRUPTCY JUDGE