Gregory W. Mitchell
THE MITCHELL LAW FIRM, L.P.
12720 Hillcrest Road
Suite 625
Dallas, Texas 75230
(972)463-8417 – Office
(972)432-7540 – Facsimile
greg@mitchellps.com - Email
State Bar No. 00791285
Jamie N. Kirk
jkirk@mitchellps.com – Email
State Bar No. 24076485
PROPOSED ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| IN RE: | § § | |
| JERRY P. WHITLEY | § § | CASE NO. 17-16183 |
| Debtor. | § § | Chapter 11 |

## WITHDRAWAL OF MOTION TO EXTEND TIME

TO THE HONORABLE U.S. BANKRUPTCY COURT JUDGE:

Jerry Whitley ("**Debtor**") hereby withdraws Debtors' *Motion to Extend Time for Filing Schedules and Other Required Documents*– filed as Docket #14 in Case No. 17-33628 (as assigned by the Bankruptcy Court for the Northern District of Texas prior to transfer to this Court).

**DATED this 15th day of December, 2017.**

                                                  Respectfully submitted,

                                                  THE MITCHELL LAW FIRM, L.P.

                                                  **/s/   Gregory W. Mitchell**
                                                  Gregory W. Mitchell
                                                  12720 Hillcrest Road, Suite 625
                                                  Dallas, Texas  75230

(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID: 00791285
E-mail: greg@mitchellps.com

PROPOSED ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2017, a true and correct copy of the foregoing was served via U.S. Mail and/or ECF to the parties in interest receiving notice via the Court's ECF system.

THE MITCHELL LAW FIRM, L.P.

/s/ **Gregory W. Mitchell**
Gregory W. Mitchell
Proposed Attorneys for Debtor