Gregory W. Mitchell
THE MITCHELL LAW FIRM, L.P.
12720 Hillcrest Road
Suite 625
Dallas, Texas 75230
(972)463-8417 – Office
(972)432-7540 – Facsimile
greg@mitchellps.com - Email
State Bar No. 00791285
Jamie N. Kirk
jkirk@mitchellps.com – Email
State Bar No. 24076485
PROPOSED ATTORNEYS FOR DEBTOR

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JERRY P. WHITLEY | § | CASE NO. 17-16183 |
| | § | |
| Debtor. | § | Chapter 11 |

## WITHDRAWAL OF APPLICATION TO EMPLOY COUNSEL

TO THE HONORABLE U.S. BANKRUPTCY COURT JUDGE:

Jerry Whitley ("**Debtor**") hereby withdraws *Debtor's Application to Employ Counsel* – filed as Docket #15 in Case No. 17-33628 (as assigned by the Bankruptcy Court for the Northern District of Texas prior to transfer to this Court).

**DATED this 15th day of December, 2017.**

                Respectfully submitted,

                THE MITCHELL LAW FIRM, L.P.

                **/s/   Gregory W. Mitchell**
                Gregory W. Mitchell
                12720 Hillcrest Road, Suite 625
                Dallas, Texas  75230
                (972)463-8417 – Office
                (972)432-7540 – Facsimile

State Bar ID: 00791285
E-mail: greg@mitchellps.com

PROPOSED ATTORNEYS FOR DEBTOR

# CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2017, a true and correct copy of the foregoing was served via U.S. Mail and/or ECF to the parties in interest receiving notice via the Court's ECF system.

THE MITCHELL LAW FIRM, L.P.

/s/ **Gregory W. Mitchell**
Gregory W. Mitchell
Proposed Attorneys for Debtor