**The Mitchell Law Firm, L.P.**
Gregory W. Mitchell
State Bar ID#:  00791285
greg@mitchellps.com – E-mail
 12720 Hillcrest Road, Suite 625
Dallas, Texas  75230
(972)463-8417 – Office
(972)432-7540 – Facsimile
**ATTORNEYS FOR DEBTOR**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JERRY P. WHITLEY, | § | CASE NO. 4:13-bk-15983 |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |

**DEBTOR'S RESPONSE TO UNITED STATES TRUSTEE'S MOTION TO DISMISS**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW JERRY P. WHITLEY,** Debtor in the above-referenced bankruptcy case ("**Debtor**") and files this his *Debtor's Response to United States Trustee's Motion to Dismiss* (the "**Response**") in response to the *United States Trustee's Motion to Dismiss* (the "**Motion**") filed by the United States Trustee ("**Movant**") and states as follows:

1.    Debtor does not oppose the dismissal of this matter without prejudice.

WHEREFORE, Debtor respectfully requests the Court dismiss his case without prejudice to refiling same.

**DATED this 11th day of January, 2018.**

                                        Respectfully submitted,

*/s/ Gregory W. Mitchell*
**The Mitchell Law Firm, L.P.**
Gregory W. Mitchell
State Bar ID#: 00791285
greg@mitchellps.com – E-mail
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
(972)463-8417 – Office
(972)432-7540 – Facsimile
**ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that on **January 11, 2018**, a true and correct copy of the foregoing document was served via the Court's ECF system upon the required parties on the attached service list.

*/s/ Gregory W. Mitchell*
Gregory W. Mitchell