# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

In re:  Jerry Whitley,                                        No.  4:17-BK-16183
DEBTOR                                                              CHAPTER 11

## ORDER DISMISSING BANKRUPTCY CASE WITH PREJUDICE

Before the Court are two motions to dismiss:  (i) First Service Bank's Motion to Dismiss With Prejudice (Docket No. 37), filed on December 20, 2017, by First Service Bank, a creditor in the above-captioned proceedings, and (ii) the United States Trustee's Motion to Dismiss (Docket No. 39) filed on December 21, 2017.  The Court held a hearing on the motions to dismiss on January 25, 2018.  First Service Bank and the United States Trustee both appeared at the hearing; the Debtor, Jerry Whitley, did not appear.  The Court, having considered the Motions to Dismiss and the relief requested therein, and having concluded, for the reasons stated on the record at the January 25, 2018, hearing, that the Debtor has acted improperly by, *inter alia*, perpetrating actual fraud on his creditors and willfully disobeying various orders of this Court, now finds that there is sufficient cause to dismiss the Debtor's chapter 11 petition with prejudice to re-filing for a period of two years.  Accordingly, IT IS HEREBY:

ORDERED that pursuant to the express authority of 11 U.S.C. § 1112, the Court hereby dismisses the Debtor's chapter 11 bankruptcy case with prejudice, and it is further;

ORDERED that for the reasons set forth on the record at the January 25, 2018, hearing, the Debtor is hereby barred from re-filing another bankruptcy case in any jurisdiction of the

1

EOD: January 30, 2018

United States, including its territories, for a period of two years from the date of this Order; and it is further;

ORDERED that the Debtor shall pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) within ten (10) days of the entry of this Order, and simultaneously provide to the United States Trustee an appropriate Affidavit indicating the cash disbursements for the relevant period. If the fee is not paid as hereinbefore set out, the United States Trustee will have judgment against the Debtor for the full amount of the quarterly fees, together with interest, effective ten (10) days from the entry of this Order.

IT IS SO ORDERED.

_____

HONORABLE RICHARD D. TAYLOR
UNITED STATES BANKRUPTCY JUDGE
Date: January 30, 2018

2

Drafted and Submitted by:

*/s/Jacob L. Newton*
Jacob L. Newton (ABA #2001177)

Attorney for First Service Bank

Approved by:

*/s/ Joseph A. DiPietro*
Joseph A. DiPietro (ABA #98004)

Attorney for United States Trustee

3